IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: SUBPOENA TO OATH HOLDINGS, INC. FOR INFORMATION RELATED TO TACOTIO55@HOTMAIL.COM | Case No. 3:18MJ1485(RMS) <br><br> January 24, 2020 |

## MOTION TO UNSEAL

The Government moves to unseal the above-captioned matter. On September 24, 2018, the Government moved for, and the Court granted, a motion to seal a non-disclosure motion and order for a subpoena to Microsoft for the email address tacotio55@hotmail.com, related to an ongoing investigation into fraud against a Connecticut resident (the "Connecticut victim"). Since that time, a grand jury indicted individuals in the Western District of North Carolina, *United States v. Rogers et al*, Case No. 3:18CR311. Government attorneys and investigators determined that the Connecticut victim was, in fact, a victim of the defendants in North Carolina. Since that case is now publicly charged, there is no further reason to seal this matter.

Respectfully submitted,

JOHN H. DURHAM
UNITED STATES ATTORNEY

*Heather Ch— for David Novick*

DAVID E. NOVICK
ASSISTANT U.S. ATTORNEY
Fed Bar No. PHV02874
157 Church Street, 25th Floor
New Haven, CT 06510
(203) 821-3700
David.Novick@usdoj.gov

*Heather Cherry
AUSA
Fed Bar No. phv07037*